**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| HOWARD DUNETZ, | : | No. 617 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| CHARLES H. SACKS D.M.D., P.C. | : | |
| (WORKERS' COMPENSATION APPEAL | : | |
| BOARD), | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 24th day of June, 2024, the Petition for Allowance of Appeal is

**DENIED**.